UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYE CHUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>    Defendants. | Case No. 24-cv-08083-SI<br><br>**ORDER TO LOCATE PRO BONO COUNSEL; STAYING PROCEEDINGS; VACATING MAY 2, 2025 CASE MANAGEMENT CONFERENCE** |

The Court has determined that self-represented plaintiff Kye Chung is in need of counsel to assist him in this matter. Accordingly,

IT IS HEREBY ORDERED that Plaintiff shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward this order to the Project office. The scope of this referral shall be for:

    ☒ <u>all purposes</u> for the duration of the case

    ☐ the <u>limited purpose</u> of representing the litigant in the course of

        ☐ mediation

        ☐ early neutral evaluation

        ☐ settlement conference

        ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    _____

        ☐ discovery as follows:

    _____

    _____

☐   other:

_____

_____

2. Upon being notified by the Project that an attorney has been located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Plaintiff in this action.  The case management conference scheduled for May 2, 2025 is VACATED.

**IT IS SO ORDERED**.

Dated: April 29, 2025                    _____
                                          SUSAN ILLSTON
                                          United States District Judge

2